IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

STEVEN DIXON PRENTICE,

    Petitioner,

v.

WARDEN NORVELL,

    Respondent.

**Judgment in a Civil Case**

Case Number 5:21-HC-2081-FL

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of respondent's motion for summary judgment.

**IT IS ORDERED AND ADJUDGED** that respondent's motion for summary judgment is granted and this action is hereby dismissed.

This judgment filed and entered on September 29, 2022, with service on:

| | |
|---|---|
| Steven Dixon Prentice 1502120<br>Pender Correctional Institution<br>P.O. Box 1058<br>Burgaw, NC 2842 | (via U.S. Mail) |
| Kristin Jo Uicker<br>North Carolina Department of Justice<br>Post Office Box 629<br>Raleigh, NC 27602-0629 | (via CM/ECF notice of electronic filing) |

September 29, 2022            PETER A MOORE, JR., CLERK

by  */s/ M. Castenia* 
    Deputy Clerk